IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| LEE HINES,<br>　　　　Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:20-cv-00240-WLS-TQL |
| | : | |
| ORHIANNA COTTON | : | |
| | : | |
| 　　　　Defendant. | : | |

## ORDER

Before the Court is a recommendation of Dismissal filed by United States Magistrate Judge Thomas Q. Langstaff. (Doc. 29.) Therein, Judge Langstaff recommends that Defendant Cotton's Motion for Summary Judgment (Doc. 18) be granted on Plaintiff's claims of excessive force and deliberate indifference to serious medical needs. (Docs. 1; 27 at 13.) Judge Langstaff so recommends on the basis that Plaintiff has failed to rebut Defendant Cotton's summary judgment showing that Cotton neither used excessive force nor acted with deliberate indifference to serious medical needs. (Doc. 29 at 13.) The recommendation further finds any and all alternative claims barred by qualified immunity due to lack of constitutional violation. (*Id.*) For the reasons that follow, Judge Langstaff's Recommendation (*Id.*) is **ACCEPTED** and **ADOPTED**.

Judge Langstaff's Recommendation and 28 U.S.C. § 636(b)(1) provided the parties with fourteen days to file an objection (Doc. 29 at 13.). A judge of the Court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendation to which objection is made. 28 U.S.C. § 636(b); FED. R. CIV. P. 72. If no timely objection is filed, the court considers the recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006) (quoting the Fourth Circuit and stating "Most circuits agree that '[i]n the absence of a timely filed objection, a district court need not conduct a *de novo* review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'"). To date, no objections have been filed.

1

Upon full review and consideration upon the record, the Court finds no clear error, and that Judge Langstaff's June 23, 2022 Recommendation (Doc. 29) should be, and hereby is, **ACCEPTED, ADOPTED,** and made the Order of this Court for the reason of the findings made and reasons stated therein. Accordingly, Defendant Cotton's motion for Summary Judgment on Plaintiff's claims of excessive force and deliberate indifference to serious medical needs is **GRANTED**. The Clerk of Court shall enter judgment in favor of Defendant Cotton and against Plaintiff.

**SO ORDERED**, this 26th day of July, 2022.

/s/ W. Louis Sands
W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT

2