IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| LEE HINES, | * |
| Plaintiff, | * |
| v. | Case No. 7:20-CV-240(WLS) |
| | * |
| ORHIANNA COTTON, | |
| | * |
| Defendant. | |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated July 26, 2022, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered in favor of Defendant. Plaintiff shall recover nothing of Defendant. Defendant shall also recover costs of this action.

This 27th day of July, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk